In the Matter of the Application of JOHN C. GRAFTON, an Infant, etc., for Leave to Sell Real Property. SAMUEL A. DUNN, Purchaser, Respondent; MARGARET

GRAFTON, Special Guardian, Appellant.—Order of the County Court of Kings county granting respondent's motion for an order relieving him of his obligation to purchase under the contract herein, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.